UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Crim. No. 13-CR-1768-BTM |
|---|---|---|
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | OF INDICTMENT WITHOUT PREJUDICE |
| JOSE FRANCISCO RODRIGUEZ-VARGAS | ) | |
| Defendant. | ) | |

Upon Motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, in the interests of justice.

DATED: July 18, 2013

_____
HONORABLE BARRY TED MOSKOWITZ
Chief Judge
United States District Court

1